Fill in this information to identify your case:

United States Bankruptcy Court for the:

**District of Massachusetts**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Donna** <br> First name <br><br> **M** <br> Middle name <br><br> **Silva** <br> Last name <br><br> _____ <br> Suffix (Sr., Jr, II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name <br><br> _____ <br> Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Donna** <br> First name <br><br> **Marie** <br> Middle name <br><br> **Silva** <br> Last name <br><br> _____ <br> Business name (if applicable) <br><br> _____ <br> Business name (if applicable) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name <br><br> _____ <br> Business name (if applicable) <br><br> _____ <br> Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **0  1  7  3** <br> OR <br> 9xx - xx - __ __ __ __ | xxx - xx - __ __ __ __ <br> OR <br> 9xx - xx - __ __ __ __ |

Debtor 1    **Donna** _____ **M** _____ **Silva** _____

First Name         Middle Name         Last Name

Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | __ __ – __ __ __ __ __ __ __<br>EIN<br><br>__ __ – __ __ __ __ __ __ __<br>EIN | __ __ – __ __ __ __ __ __ __<br>EIN<br><br>__ __ – __ __ __ __ __ __ __<br>EIN |

**5.** **Where you live**

**31 -33 Fort Hill Ave No. 2**
_____
Number        Street

_____

**Lowell, MA 01852**
_____
City                          State    ZIP Code

**Middlesex**
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                          State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number        Street

_____

_____
City                          State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                          State    ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

| Debtor 1 | **Donna** | **M** | **Silva** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 2:** Tell the Court About Your Bankruptcy Case

---

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

---

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes.

| Debtor | _____ | | _____ | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| | | | MM / DD / YYYY | | |
| Debtor | _____ | | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| | | | MM / DD / YYYY | | |

---

**11.** **Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    **Donna**          **M**          **Silva**

       First Name          Middle Name          Last Name          Case number *(if known)* _____

---

**Part 3:** Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number          Street

_____

_____
City          State          ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | **Donna** | **M** | **Silva** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard? _____
_____
_____

If immediate attention is needed, why is it needed? _____
_____
_____

Where is the property? _____
Number        Street

_____

_____    _____    _____
City        State    ZIP Code

| Debtor 1 | **Donna** | **M** | **Silva** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

---

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

| Debtor 1 | **Donna** | **M** | **Silva** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 6:**  Answer These Questions for Reporting Purposes

**16.** What kind of debts do you have?

    **16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    ☐ No. Go to line 16b.
    ☑ Yes. Go to line 17.

    **16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

    ☐ No. Go to line 16c.
    ☐ Yes. Go to line 17.

    **16c.** State the type of debts you owe that are not consumer debts or business debts.

    _____

---

**17.** Are you filing under Chapter 7?

    Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

    ☑ No.   I am not filing under Chapter 7. Go to line 18.

    ☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
      ☐ No
      ☐ Yes

---

**18.** How many creditors do you estimate that you owe?

    ☑ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999

    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000

    ☐ 25,001-50,000
    ☐ 50,000-100,000
    ☐ More than 100,000

---

**19.** How much do you estimate your assets to be worth?

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☑ $100,001-$500,000
    ☐ $500,001-$1 million

    ☐ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million

    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

---

**20.** How much do you estimate your liabilities to be?

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☑ $100,001-$500,000
    ☐ $500,001-$1 million

    ☐ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million

    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

---

**Part 7:**  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

    **X** **/s/ Donna M Silva** _____
    Donna M Silva, Debtor 1

    Executed on **09/15/2025** _____
        MM/ DD/ YYYY

---

| Debtor 1 | **Donna** | **M** | **Silva** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Robert W. Kovacs, Jr** _____        Date **09/15/2025** _____
Signature of Attorney for Debtor                                   MM / DD / YYYY

**Robert W. Kovacs, Jr** _____
Printed name

**Robert Kovacs** _____
Firm name

**131 Lincoln Street** _____
Number        Street

_____

**Worcester** _____        **MA**    **01605** _____
City                                                         State    ZIP Code

Contact phone **(508) 926-8833** _____        Email address **Robert@KovacsLawFirm.com** _____

**671497** _____        **MA** _____
Bar number                                                State

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Donna** | **M** | **Silva** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Massachusetts** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

|  | Your assets |
|---|---|
|  | Value of what you own |
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................. | $317,300.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*........................................ | $0.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*................................................. | $317,300.00 |

### Part 2:  Summarize Your Liabilities

|  | Your liabilities |
|---|---|
|  | Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $469,022.83 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................... | + $25,431.60 |
| **Your total liabilities** | $494,454.43 |

### Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*................................................................... | $700.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*....................................................... | $816.96 |

| Debtor 1 | **Donna** | **M** | **Silva** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 4:** Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$1,333.33

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $6,156.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total**. Add lines 9a through 9f. | $6,156.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

IN RE: **Silva, Donna M**                                        CASE NO

                                                                CHAPTER **13**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ___**09/15/2025**___     Signature _____**/s/ Donna M Silva**_____

                                                        Donna M Silva, Debtor

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Discover Bank
P.O. Box 3025
New Albany, OH 43054

Eversource Gas
157 Cordaville Road 3113
Southborough, MA 01772

Lowell Regional Wastewater
Utility
451 First Street Blvd.- (Rte.110)
Lowell, MA 01850

Lowell Regional Water Utility
815 Pawtucket Blvd.
Lowell, MA 01854

Midland Funding LLC
PO Box 2011
Warren, MI 48090

Midland Funding, LLC
Midland Credit Management, Inc. as
agent for
Midland Funding, LLC
PO Box 2011
Warren, MI 48090

National Grid
300 Erie Blvd W
Syracuse, NY 13202

National Grid Electric
548 Haydenville Road
Leeds, MA 01053

National Grid Electric
40 Sylvan Rd
Waltham, MA

National Grid Gas
170 Data Dr
Waltham, MA 02451

Nstar Gas dba Eversource
Energy
c/o Honor Heath
107 Selden St
Berlin, CT 06037

PORTFOLIO RECOVERY
ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

U.S. Department of Education
c/o Nelnet
121 South 13th Street
Lincoln, NE 68508

Unifund Corporation
Kream and Kream
P.O. Box 890117
East Weymouth, MA 02189

UNIFUND CORPORATION
10625 TECHWOODS CIRCLE
Cincinnati, OH 45242

UNIFUND CORPORATION
155 FEDERAL ST. STE 700
Boston, MA 02110

Absolute Resolutions
Investments, llc
350 Bloomington
Minneapolis, MN 55437

ABSOLUTE RESOLUTIONS
INVESTMENTS, LLC
8000 NORMAN CENTER DRIVE STE 350
Minneapolis, MN 55437

ABSOLUTE RESOLUTIONS
INVESTMENTS, LLC
URS AGENTS INC.
Resident Agent
4 CENTRAL ST.
Woburn, MA 01801

ABSOLUTE RESOLUTIONS
INVESTMENTS, LLC
ROBERT JOHNSON
MANAGER
8000 NORMAN CENTER DRIVE
Minneapolis, MN 55437

Affirm, Inc.
Attn: Bankruptcy Attn: Bankruptcy
650 California St , Fl 12
San Francisco, CA 94108-2716

Barclays Bank Delaware
Attn: Bankruptcy
PO Box 8801
Wilmington, DE 19899-8801

Capital One
1680 Capital One Drive
Mc Lean, VA 22102

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

Capital One
Richard D. Fairbank Chairman
President & CEO
1680 Capital One
Mc Lean, VA 22102

Carrington Mortgage Services,
LLC
PO Box 5001
Westfield, IN 46074

Carrington Mortgage Services,
LLC
PO Box 660586
Dallas, TX 75266

CARRINGTON MORTGAGE
SERVICES, LLC
CT CORPORATION SYSTEM
Resident Agent
155 FEDERAL ST. SUITE 700
Boston, MA 02110

CARRINGTON MORTGAGE
SERVICES, LLC
AMANDA KOONTZ
REAL PROPERTY
1600 SOUTH DOUGLASS
Anaheim, CA 92806

Carrington Mortgage Services,
LLC
1600 South Douglas Road Suite 110
Anaheim, CA 92806

CITIFINANCIAL SERVICES, INC.
300 ST PAUL PLACE
Baltimore, MD 21202


CITIFINANCIAL SERVICES, INC.
C T CORPORATION SYSTEM
Registered Agent
101 FEDERAL STREET
Boston, MA 02110

CITIFINANCIAL SERVICES, INC.
JAMES W. SCHNEIDER
PRESIDENT
300 ST. PAUL PLACE
Baltimore, MD 21202

Civil process clerk - US Atty
1 Courthouse Way Ste 9200
Boston, MA 02110


Comenity Capital/Dell
Attn: Bankruptcy
POB 182125
Columbus, OH 43218


Commonwealth of Massachusetts
Dept. Unemployment, ATTN: Chief Counsel
19 Staniford St Fl 1
Boston, MA 02114

Consumer Portfolio Services, Inc.
Attn: Bankruptcy
PO Box 57071
Irvine, CA 92619

Consumer Portfolio Services, Inc.
PO Box 514278
Los Angeles, CA 90051

CONSUMER PORTFOLIO
SERVICES, INC.
3800 HOWARD HUGHES 1400
Las Vegas, NV 89169

CONSUMER PORTFOLIO
SERVICES, INC.
C T CORPORATION SYSTEM
Registered Agent
155 FEDERAL ST. SUITE 700
Boston, MA 02110

CONSUMER PORTFOLIO
SERVICES, INC.
MICHAEL T. LAVIN
PRESIDENT
19500 JAMBOREE ROAD
Irvine, CA 92612

Credit Corp Solutions, Inc.
180 W Election Rd Ste200
Draper, UT 84020

Credit Corp Solutions, Inc.
63 East 11400 South No. 408
Sandy, UT 84070

Credit Corp Solutions, Inc.
121 WEST ELECTION ROAD SUITE 200A
Draper, UT 84020

Credit Corp Solutions, Inc.
CORPORATION SERVICE COMPANY
Registered Agent
84 STATE ST.
Boston, MA 02109

Cunningham, Machanic, Cetlin
Johnson, Harney & Tenney
LLP
Robert Tenney
220 North Main Street
Natick, MA 01760

Dept Of Education/neln
Po Box 82561
Lincoln, NE 68501

Deutsche Bank National Trust
Company
1761 E. Saint Andrew Place
Santa Ana, CA 92705

Deutsche Bank National Trust
Company
c/o Carrington Mortgage Services
1610 E St. Andrew Place # 150
Santa Ana, CA 92705

Deutsche Bank National Trust
Company As
700 Kansas Ln
Monroe, LA 71203

Discover Bank
4590 E. Broad Street
Columbus, OH 43213

Eversource
PO Box 56007
Boston, MA 02205

First Citizens Bank & Trust
Company
450 Boylston Street
Boston, MA 02116

First Citizens Bank & Trust
Company
53 State Street Suite 101
Boston, MA 02109

First Citizens Bank & Trust
Company
57 Enon Street
Beverly, MA 01915


First Citizens Bank & Trust
Company
265 Main Street
Cambridge, MA 02142


First Citizens Bank & Trust
Company
336 Washington Street
Wellesley Hills, MA 02481


Goldberg & Oriel
199 Wells Avenue Suite 209
Newton Center, MA 02459


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Lydia M. Kamara


Korde and Associates, P.C.
900 Chelmsford Street 3102
Lowell, MA 01851


Kream and Kream
536 Broad St Ste 5
East Weymouth, MA 02189

Kream and Kream
PO Box Box 890117
East Weymouth, MA 02189

Law Office of Kyle J. Croteau,
P.C.
21 Park Street
Ayer, MA 01432

Lowell City
375 Merrimack Street
Lowell, MA 01852

Lowell City
Legal Dept. / Bankruptcy
375 Merrimack Street
Lowell, MA 01852

Lowell City
Tax / Collector
375 Merrimack Street
Lowell, MA 01852

Lydia M. Kamara
50 Lake View Ave
Tyngsboro, MA 01879

Mass Dept Of Revenue
100 Cambridge St Fl 2
Boston, MA 02114

Mass Housing Finance A
1 Beacon Street
Boston, MA 02108

Massachusetts Department of
Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114

Massachusetts Dept. of
Revenue
200 Arlington St
Chelsea, MA 02150

Massachusetts Dept. of
Revenue
PO Box 7090
Boston, MA 02204

MASSACHUSETTS ELECTRIC
COMPANY
170 DATA DR.
Waltham, MA 02451

MASSACHUSETTS ELECTRIC
COMPANY
CORPORATION SERVICE COMPANY
Registered Agent
84 STATE STREET
Boston, MA 02109

MASSACHUSETTS ELECTRIC
COMPANY
STEPHEN WOERNER
President
170 DATA DR.
Waltham, MA 02451

Members First Credit U
Pob 896
Manchester, NH 03105

Midland Funding Llc
RYAN BELL
REAL PROPERTY
350 CAMINO DE LA REINA SUITE 300
San Diego, CA 92108

Midland Funding Llc
350 CAMINO DE LA REINA SUITE 300
San Diego, CA 92108


MIDLAND FUNDING LLC
CORPORATION SERVICE CO., RA
84 STATE ST.
Boston, MA 02109


Midland Funding, LLC
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193


Mortgage Electronic
Registration System, Inc.
PO Box 2026
Flint, MI 48501


MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS,
INC.
C T CORPORATION SYSTEM
Registered Agent
155 FEDERAL STREET STE 700
Boston, MA 02110


MV of Massachusetts, LLC
MV Realty PBC, LLC
219 N Dixie Blvd
Delray Beach, FL 33444


MV of Massachusetts, LLC
177 HUNTINGTON AVE. SUITE 1700-7002
Boston, MA 02116


MV of Massachusetts, LLC
CT CORPORATION SYSTEM
Resident Agent
155 FEDERAL STREET Suite 700
Boston, MA 02110

## MV of Massachusetts, LLC

DAVID MANCHESTER
MANAGER
219 N. DIXIE BOULEVARD
Delray Beach, FL 33444

## National Grid --

PO Box 1040
Northborough, MA 01532

## National Grid - Bankruptcy

Bankruptcy Dept, C-3
300 Erie Blvd West
Syracuse, NY 13202

## Nmac

Pob 660366
Dallas, TX 75266

## NMAC

Attn: Bankruptcy
PO Box 660360
Dallas, TX 75266-0360

## Pavoll Law Offices

PO Box 2117
Salem, NH 03079

## Portfolio Recovery Associates, LLC

CORPORATION SERVICE COMPANY
Resident Agent
84 STATE STREET
Boston, MA 02109

## Portfolio Recovery Associates, LLC

CRAIG DEWEY
REAL PROPERTY
120 CORPORATE BLVD SUITE 100
Norfolk, VA 23502

Portfolio Recovery Associates,
LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

Portfolio Recovery Associates,
LLC
150 Corporate Blvd
Norfolk, VA 23502

Portfolio Recovery Associates,
LLC
Sean M. Callahan, esq.
120 Corporate Boulevard
Norfolk, VA 23502

Resurgent
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

Schreiber Law, LLC
53 Stiles Rd A102
Salem, NH 03079

Solomon and Solomon, P.C.
Julie B. Solomon
Box 15019, Columbia Circle
Albany, NY 12212

St. Mary's Bank
PO Box 990
Manchester, NH 03105

St. Mary's Bank
200 McFregor ST
Manchester, NH 03102

Stillman Law Office, LLC
Richard J. Boudreau, esq
10 New England Business Center Drive
204
Andover, MA 01810

Td Bank N.a.
Td Bank
Philadelphia, PA 19176

U.S. Department of Education
P O Box 836
Coraopolis, PA 15108

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

UNIFUND CORPORATION
CORPORATION SERVICE COMPANY
Registered Agent
84 STATE STREET
Boston, MA 02109

UNIFUND CORPORATION
DAVID G. ROSENBERG
PRESIDENT
10625 TECHWOODS CIR.
Cincinnati, OH 45242

United States Attorney
Moakley US Federal Courthouse
1 Courthouse Way Ste 9200
Boston, MA 02210

Usdoe/glelsi
2401 International Lane
Madison, WI 53704

workers credit union
PO Box 790408
Saint Louis, MO 63179


Workers Credit Union
815 Main St
Fitchburg, MA 01420


Workers Credit Union
PO Box 1286
Littleton, MA 01460


Zwicker & Associates, P.C.
80 Minuteman Road
Three Rivers, MA 01080

## 11 U.S.C. ' 527(a)(2) DISCLOSURE

Under 11 U.S.C. ' 527(a)(2), a debt relief agency is required to provide the following written notice to assisted persons filing bankruptcy. You must read and understand the following disclosure and sign where indicated.

You, as an assisted person filing bankruptcy, shall know and understand that:

A.      all information that you are required to provide with a petition and thereafter during a case under this title is required to be complete, accurate, and truthful;

B.      all assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case, and the replacement value of each asset as defined in section 506 must be stated in those documents where requested after reasonable inquiry to establish such value;

C.      current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of this title, disposable income (determined in accordance with section 707(b)(2)), are required to be stated after reasonable inquiry; and

D.      information that an assisted person provides during their case may be audited pursuant to this title, and that failure to provide such information may result in dismissal of the case under this title or other sanction, including criminal sanction.

The undersigned acknowledges receipt of this disclosure required by 11 U.S.C. ' 527(a)(2). I/We have read and understand its contents and the implications associated with failing to honestly provide information about our income, expenses, property, and other financial circumstances.

Date:    __09/15/2025__          __/s/ Donna M Silva_____
                                            Debtor


                                 _____
                                            Joint Debtor (if applicable)

## 11 U.S.C. ' 527(B) DISCLOSURE

## IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES
## FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER.

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney. THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST. Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need. Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you. Be sure you understand the relief you can obtain and its limitations. To file a bankruptcy case, documents called a Petition, Schedules and Statement of Financial Affairs, as well as in some cases a Statement of Intention need to be prepared correctly and filed with the bankruptcy court. You will have to pay a filing fee to the bankruptcy court. Once your case starts, you will have to attend the required first meeting of creditors where you may be questioned by a court official called a Atrustee@ and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt. You may want help deciding whether to do so. A creditor is not permitted to coerce you into reaffirming your debts.

If you choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation. You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

The undersigned acknowledges receipt of this disclosure required by 11 U.S.C. ' 527(b).

Date:   __09/15/2025__        __/s/ Donna M Silva_____
                                         Debtor

                             _____
                                         Joint Debtor (if applicable)

B201B (Form 201B) (12/09)

# United States Bankruptcy Court
## District of Massachusetts

IN RE:                                                          Case No. _____

Silva, Donna M _____      Chapter **13** _____
_____Debtor(s)_____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(B) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

**, Non-Attorney Petition Preparer** _____      _____

Printed Name and title, if any, of Bankruptcy Petition Preparer          Social Security number (If the bankruptcy

Address:                                                       petition preparer is not an individual, state the

_____      Social Security number of the officer, principal,

                                                               responsible person, or partner of the

_____      bankruptcy petition preparer.)

**X** /s/ _____      (Required by 11 U.S.C. § 110.)

Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Donna M Silva** _____      **X** /s/ Donna M Silva _____      **09/15/2025**

Printed Name(s) of Debtor(s)                              Signature of Debtor                              Date

Case No. (if known) _____      **X** _____

                                                               Signature of Joint Debtor (if any)                  Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

*OLF 8 (Official Local Form 8)*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re    **Silva, Donna M**                                    Case No.

                                                              Chapter    13


                    Debtor(s)

## ACKNOWLEDGMENT BY DEBTOR(S) AND ATTORNEY FOR DEBTOR(S) OF RESPONSIBILITIES
## IN CHAPTER 13 CASES


It is important for both the chapter 13 debtor(s) and the attorney for the chapter 13 debtor(s) to understand their responsibilities. To foster such understanding, the following provisions set forth responsibilities for a successful completion of a chapter 13 case. This Acknowledgment of these responsibilities is not the written agreement required by MLBR Appendix 1, Rule 13-7(c). Please be sure that the debtor(s) and attorney have also executed such an agreement.

The parties acknowledge by their signatures below that they have read and that they understand the following provisions.

**BEFORE THE CASE IS FILED**

The **DEBTOR(S)** agrees to:

1)    Discuss with your attorney your objective in commencing your chapter 13 case after considering filing a case under chapter 7 or chapter 11 and inform your attorney of any imminent deadlines.

2)    Provide your attorney with documentary evidence of your income from all sources and the value of assets in which you have an interest, together with a copy of any declaration of homestead, as well as proof of insurance on any real property or automobiles in which you have an interest, a copy of your last federal tax return, and any other documents that your attorney believes that the trustee might reasonably request in order to assess whether your proposed chapter 13 plan should be confirmed.

3)    Promptly respond to all communications from your attorney.

4)    Cooperate with your attorney in preparing all required bankruptcy forms and other required documents.

5)    Obtain a Certification of Credit Counseling.

6)    Review all drafts of documents and promptly advise your attorney of any corrections or additions that may be required before signing the petition, schedules, and chapter 13 plan.

The **DEBTOR(S)** understands the following and that the Debtor(s) will:

1)    Meet in person with your attorney to review your debts, assets, income, and expenses, as well as your objectives in commencing a chapter 13 case.

2)    Be provided with a fully executed copy of an Engagement Letter or Fee Agreement.

3)    Be advised of the requirements for obtaining a credit counseling certificate before the case is filed and the necessity of completing the financial management course in order to obtain a discharge.

4)    Be required to provide documentation about household income, including pay advices and tax returns, and be advised about the on-going need to both timely file tax returns and pay post-petition taxes.

1

5)      Be required to provide documents to your attorney such as deeds, mortgages, tax returns, paystubs, and/or other information that may be needed for your attorney to timely prepare, review, and file the petition, statements, schedules, and chapter 13 plan.

6)      Sign your petition and chapter 13 plan and other documents requiring your signature after verifying with your attorney that the information is consistent with documentation provided (redacted where appropriate of all personal identifiable information).

7)      Be advised how, when, and where to make the chapter 13 plan payments to the trustee, and, if applicable under the chapter 13 plan, be advised of the obligation to continue making direct payments to secured creditor(s), without interruption, and the likely consequences for failure to do so.

8)      Be made aware of the requirement to attend the 11 U.S.C. § 341 meeting of creditors and the consequences of failing to appear.

9)      Be required to maintain current and sufficient property and liability insurance if you own any real estate, automobiles, or other valuable personal or business assets.

10)     Be aware that some claims will accrue interest after the case is filed and others may not be discharged upon completion of the chapter 13 plan, such as student loans.

**AFTER THE CASE IS FILED**

The **DEBTOR(S)** agrees to:

1)      Inform your attorney of any changes to your address, telephone number, or other contact information.

2)      Timely make chapter 13 plan payments to the trustee as instructed by your attorney or the trustee.

3)      Timely make payments directly to secured creditor(s) pursuant to your chapter 13 plan, if applicable.

4)      Inform your attorney promptly if any of the following circumstances arise:

   a)      you lose your job or have other financial problems (your attorney may be able to have the chapter 13 plan payments reduced or suspended in those circumstances);

   b)      you are sued or are contemplating filing a lawsuit or settling a pending lawsuit;

   c)      you want to buy, sell, or refinance any real or personal property;

   d)      you need to borrow money (e.g., to replace a vehicle);

   e)      you receive a tax refund, bonus, or other unexpected funds;

   f)      you have suffered a loss with respect to any property (e.g., automobile accident, house fire); and

   g)      you experience other circumstances that may require modification of your chapter 13 plan, such as a divorce or the death of a co-debtor spouse;

5)      Complete the required instructional course in personal financial management.

6)      If you have a domestic support obligation, advise your attorney of your payment obligations and the contact information for the recipient of the domestic support obligation, and be aware that you must make all required payments to be eligible for a discharge.

7)      Understand that your attorney cannot guarantee the outcome of your chapter 13 case and understand that the Court might make a ruling adverse to your perceived interests.

8)      Comply with all orders of the Bankruptcy Court.

2

The **ATTORNEY** understands that services to be delivered include the obligation to:

1)      Provide legal services as necessary for the administration of the case consistent with MLBR 9010-2 and MLBR Appendix 1, Rule 13-6, and all other applicable federal and local rules of bankruptcy procedure.

2)      Appear at the 11 U.S.C. § 341 meeting of creditors with the debtor(s) and inform the debtor(s) as to the date, time, and place of any meeting(s) of creditors.

3)      Where appropriate, prepare, file, and serve motions and notices of hearings in connection with assisting the debtor(s) in achieving the goals of the chapter 13, such as filing modified chapter 13 plan(s), amended schedules and statements, motions to extend or impose the automatic stay, motions for turnover of repossessed property necessary for an effective reorganization, motions to avoid judicial liens on real or personal property, motions to deem a mortgage current, applications s to engage brokers, appraisers or special counsel, and motions for authority to sell property or incur debt.

4)      Review claims filed in the case, object to improper or invalid claims, or file surrogate claims, if warranted, based upon documentation provided by the debtor, and review and address Notices of Mortgage Payment Change, Notices of Fees, Expenses, and Charges, and Responses to Notices of Final Cure.

5)      Respond to reasonable inquiries to assist the debtor(s) in achieving the objectives of the chapter 13 case.

6)      When required, prepare, file, and serve an Application(s) for Compensation.

The attorney and the debtor(s) acknowledge that (i) they have clearly stated in writing the fees to be charged for representing the debtor(s) in the chapter 13 case, (ii) neither the "no look" fee set forth in MLBR 13-7(e) nor any other amount paid by, or on behalf of the debtor(s) for services to be rendered in connection with a chapter 13 case, shall be considered to be a "flat fee" if reasonable fees incurred by the attorney for the debtor(s) for services actually rendered prior to or after the filing of the petition do not exceed compensation paid by or on behalf of the debtor(s), (iii) the debtor(s) may be entitled to a refund of some or all fees paid or retainer given under certain circumstances in the event that services rendered are not consistent with the time and labor expended, the novelty and difficulty of the questions involved, and/or the skill requisite to perform the services efficiently and in accordance with applicable rules and law, and (iv) the debtor(s) is entitled to seek review by the Court of the reasonableness of any fees or expenses.

The signatures below reflect that the debtor(s) understands the responsibilities set forth above and that the attorney for the debtor(s) acknowledges responsibility to comply with all applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Massachusetts, including the responsibilities set forth above. By signing below, the parties acknowledge that they have read and understand the foregoing provisions. The debtor(s) additionally acknowledges receiving an executed copy of this form.

| **/s/ Donna M Silva** | **09/15/2025** |
|---|---|
| Donna M Silva | Date |
| Debtor | |

| | |
|---|---|
| Joint Debtor | Date |

| **/s/ Robert W. Kovacs, Jr** | **09/15/2025** |
|---|---|
| Robert W. Kovacs, Jr | Date |
| Signature of Attorney for the Debtor(s) | |

3